ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
CALENDAR: 06
PAGE 1 of 13
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| NICOLE VINCI, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | |
| v. | |
| BEENVERIFIED, INC., a Delaware corporation d/b/a PEOPLELOOKER, | |
| *Defendant*. | |

## CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Nicole Vinci brings this class action complaint against defendant BeenVerified, Inc. ("Defendant" or "BeenVerified"), to put an end to its unlawful practice of using the names and identities of Illinois residents without their consent to promote its service. Plaintiff, on behalf of herself and all others similarly situated, alleges as follows upon personal knowledge as to her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her own attorneys.

## NATURE OF THE ACTION

1. Defendant BeenVerified is an online service that sells reports about people to anybody willing to pay for them. These reports are based upon information compiled from public records as well as "proprietary data sets,"[1] and contain "billions of data points," including "criminal records, property records, contact information, personal information and much more."[2]

2. To sell more reports, BeenVerified displays paid advertisements to every

---

[1] *Fact Sheet*, BeenVerified, https://www.beenverified.com/press/facts/ (last visited Jan. 23, 2017).

[2] *Our Data*, BeenVerified, https://www.beenverified.com/about/our-data/ (last visited Jan. 23, 2017).

1

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 2 of 13

consumer that searches a person's name on Google or Bing. These advertisements all feature the same alluring headline—"We Found [the person's name]"—and are designed to give the appearance that the reports contain valuable information about the person including, his or her address, phone number and age.

3. In reality, however, these advertisements are auto-generated using a tactic called Dynamic Keyword Insertion, which BeenVerified uses to automatically trigger the display of the "We Found [ ]" ads and to replace the "[ ]" with the first and last name that was typed into the search bar. Thus, although BeenVerified creates the impression that it "Found" somebody, all it did was plug the name of the person searched on Google or Bing into its otherwise generic ad.

4. The reason that BeenVerified prominently features people's names in its advertisements is to draw attention to its products and create a sense of alarm and urgency in the hopes that the targeted consumer will purchase a report. In other words, BeenVerified uses people's names in its advertisements as a marketing ploy.

5. Unsurprisingly, none of the people appearing in these advertisements provided BeenVerified with their consent (written or otherwise) to use their names for any reason, let alone for marketing purposes.

6. By using Illinois residents' full names in its paid advertisements without their consent for its commercial gain, BeenVerified violated—and continues to violate—the Illinois Right of Publicity Act ("IRPA"), 765 ILCS 1075/1 *et seq.*

## PARTIES

7. Plaintiff Nicole Vinci is a natural person and a citizen of the State of Illinois.

8. BeenVerified, Inc., is a corporation existing under the laws of Delaware with its principal place of business located at 48 W. 38th Street, 8th floor, New York, New York 10019.

2

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 3 of 13

## JURISDICTION AND VENUE

9. This Court has jurisdiction over this action pursuant to 735 ILCS 5/2-209 because Defendant conducts business transactions in Illinois and has committed tortious acts in Illinois.

10. Venue is proper in Cook County under 735 ILCS 5/2-101 because Defendant is a nonresident of the State, and thus, the action may be commenced in any county.

## COMMON FACTUAL ALLEGATIONS

### *The Illinois Right of Publicity Act*

11. In 1999, the Illinois Legislature recognized that every individual has the "right to control and choose whether and how [his or her] identity [is used] for commercial purposes," 765 ILCS 1075/10, and as a result, passed the IRPA to protect individual property rights and prevent the exploitation of individuals' identities for another's commercial gain.

12. The Act protects individuals from unauthorized use of *any* of their attributes, including but not limited to, their names, signatures, photographs, images, likenesses, or voices in the sale or advertisement of goods, merchandise, products, and services.

13. In fact, the IRPA states that "a person may not use an individual's identity for commercial purposes during the individual's lifetime without having obtained previous written consent from the appropriate person...." 765 ILCS 1075/30. Notably, the IRPA does not require the person seeking relief under the Act to be a public figure.

### *A Brief Overview of BeenVerified*

14. BeenVerified owns and operates several websites that aggregate sources of public records and compile them into one report. Then, BeenVerified sells access to these reports through several of its websites including BeenVerified.com and PeopleLooker.com.

15. BeenVerified's reports must be purchased from one of its websites, and according

3

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 4 of 13

to BeenVerified, may include high value information including, *inter alia*, criminal records, property records, contact information, personal information and much more.

16. Customers purchase memberships for unlimited access to BeenVerified's reports. For example, BeenVerified offers a three-month membership to access unlimited reports for $44.58 while it charges $59.67 for the same three-month membership on Peoplelooker.com.

17. BeenVerified heavily promotes its products and services through online targeted advertising using the "pay-per-click" model ("PPC"). PPC advertising allows BeenVerified to display a paid advertisement on a search engine result page (like Google or Bing) whenever a search is performed that includes a person's first and last name.

*BeenVerified Features People's Full Names in its Advertisements*

18. According to Google, "[n]owadays, more and more personal information surfaces on the web. For example, some of your friends might mention your name in a social network or tag you on online photos, or your name could appear in blog posts or articles."[3] To discover personal information (or more information in general), individuals often look up names using a search engine. Notably, employers rely on this method to screen potential employees.[4]

19. When a person searches for a name using a search engine, two types of search results are returned: organic and paid.

20. The organic results appear according to the search engine's algorithm that selects and sorts websites according to hundreds of factors, including the website's credibility, popularity, and its relevance to the search terms. Search engines call these results "organic"

---

[3] *Manage your online reputation - Accounts Help*, Google, https://support.google.com/accounts/answer/1228138?hl=en (last visited Jan. 23, 2017).
[4] Susan P. Joyce, *What 80% Of Employers Do Before Inviting You For An Interview* | The Huffington Post (March 1, 2014, 7:45 AM), http://www.huffingtonpost.com/susan-p-joyce/job-search-tips_b_4834361.html (last visited Jan. 23, 2017).

4

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 5 of 13

because they naturally generate them. Companies do not pay the search engines to have their websites displayed. Here, the algorithm selects websites that contain the searched individual's name on its website (*i.e.*, the website's title, headings, and body paragraphs). For example, organic search results may include links to an individual's social media pages.

21. The paid results, however, appear because some companies (such as BeenVerified) pay the search engine to display their advertisements. Here BeenVerified pays search engines like Google and Bing to display its advertisements when a person searches for a person's name. These advertisements appear on the top, bottom, or side of the search result page and contain an "Ad" icon indicating that a company paid for that result.

22. BeenVerified's advertisements appear among the paid search results. The defining feature of BeenVerified's advertisement is the alluring use of the searched person's full name (*e.g.*, Nicole Vinci). Specifically, BeenVerified's advertisements represent that "We Found [searched person's full name]." *See* Figure 1 and Figure 2, below, which show BeenVerified's advertisements that were displayed on Bing in response to a search for "Nicole Vinci."

> **We Found Nicole Vinci | beenverified.com**
> Ad · www.beenverified.com
> 1) Nicole Vinci's Phone 2) Address 3) Age & More. Search Free!

(Figure 1.)

> **We Found Nicole Vinci | beenverified.com**
> Ad · www.beenverified.com
> Get Cell Phone, Address, Pic & More Nicole Vinci's Info - Look Now.

(Figure 2.)

5

23. To create the advertisement above, BeenVerified uses a method called Dynamic Keyword Insertion to plug the first and last name of any person searched into its otherwise generic advertisement. This technique is used to create targeted advertisements that appear to respond directly what was searched. Accordingly, BeenVerified misleads people to believe it "found" the searched person—even if BeenVerified does not have a report or data on that person.

24. In this way, each and every one of the advertisements at issue are false and misleading because BeenVerified didn't actually conduct a search of any kind or take any steps to determine whether it could locate the person it claimed to find. Instead, it simply used Dynamic Keyword Insertion to copy the person's full name from the search bar and insert it into its advertisement.

25. Once a person clicks on one of the advertisements, BeenVerified directs him or her to Peoplelooker.com—one of BeenVerified's websites. Then, BeenVerified begins to search for the various records about the individual it ostensibly "found." As shown in Figure 3 below, BeenVerified ultimately requires an individual to purchase one of two memberships to access the report. Individuals must purchase either a one-month or a three-month membership.

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 6 of 13

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 7 of 13



(**Figure 3**, showing BeenVerified's membership offer on Peoplelooker.com for access to its report on Plaintiff Vinci.)

26. In this way, BeenVerified misappropriated people's full names for its own commercial benefit (to market and promote its products and services). BeenVerified does this to trick people into clicking on its advertisements and purchasing a report *because it purports to have valuable personal information on the exact person they are searching for online.*

27. Most importantly, BeenVerified never obtained written consent from Plaintiff and Class members to use their names for any reason, let alone for commercial purposes. Defendant never notified Plaintiff and Class members that their names would appear in its paid search engine advertisements. Moreover, Plaintiff and the Class members have no relationship with either BeenVerified or PeopleLooker.

7

28. Plaintiff, on behalf of herself and a Class of similarly situated Illinois residents, seeks relief for BeenVerified's violation of the IRPA, including (1) an injunction requiring BeenVerified to cease using Illinois residents' names in advertisements, (2) the greater of an award of actual damages, including profits derived from an unauthorized use of individuals' names, or statutory damages to Plaintiff and the Class members, (3) an award of punitive damages, and (4) an award of costs and reasonable attorneys' fees.

### FACTS SPECIFIC TO PLAINTIFF VINCI

29. On or around January 2017, Plaintiff Nicole Vinci discovered that BeenVerified uses her name in advertisements on major search engines (including Google and Bing) to encourage consumers to visit its website and purchase personal reports about her.

30. Although BeenVerified created numerous advertisements across several search engines, the advertisements are substantially the same, with all featuring Vinci's full name and stating, "We Found Nicole Vinci." (*See* Figures 1, 2.)

31. When a consumer clicks on one of these advertisements, it directs him or her to Peoplelooker.com—one of BeenVerified's websites—where various reports about Vinci are offered for sale, as shown in Figure 3.

32. Vinci never provided BeenVerified with her written consent (or consent of any kind) to use any attribute of her identity for commercial purposes, and certainly never authorized BeenVerified to use her full name in paid search advertisements for its website and reports.

33. Plaintiff Vinci is not and has never been a BeenVerified or a PeopleLooker.com customer. She has no relationship with BeenVerified or PeopleLooker.com whatsoever.

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 8 of 13

8

## CLASS ALLEGATIONS

34. **Class Definitions**: Plaintiff Nicole Vinci brings this action pursuant to 735 ILCS 5/2-801 on behalf of herself and a Class defined as follows:

> All Illinois residents (1) whose names were displayed in one or more BeenVerified advertisement(s) on Google or Bing, and (2) who have never purchased any products or services from BeenVerified.

Excluded from the Class are: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, Defendant's subsidiaries, parents, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and its current or former employees, officers and directors; (3) persons who properly execute and file a timely request for exclusion from the Class; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendant's counsel; and (6) the legal representatives, successors, and assigns of any such excluded persons.

35. **Numerosity**: The exact number of Class members is unknown and not available to Plaintiff at this time, but it is clear that individual joinder is impracticable. Class members can be identified through Defendant's records.

36. **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff and the putative Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

   a. Whether BeenVerified used Plaintiff's and Class members' names and identities in advertisements for its own commercial benefit;

   b. Whether Plaintiff and Class members provided their written consent to BeenVerified to use their names and identities in advertisements;

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 9 of 13

9

      c.      Whether the conduct described herein constitutes a violation of the Illinois Right of Publicity Act 765 ILCS 1075/1 *et seq.*; and

      d.      Whether Plaintiff and the Class are entitled to injunctive relief.

37.    **Adequate Representation**: Plaintiff will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in complex class actions. Plaintiff has no interest antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff.

38.    **Appropriateness**: This case is also appropriate for class certification because class proceedings are superior to all other available methods for the fair and efficient adjudication of this controversy because joinder of all parties is impracticable. The damages suffered by the individual members of the Class will likely be relatively small, especially given the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the individual members of the Class to obtain effective relief from Defendant's misconduct. Even if members of the Class could sustain such individual litigation, it would still not be preferable to a class action, because individual litigation would increase the delay and expense to all parties due to the complex legal and factual controversies presented in this Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single Court. Economies of time, effort and expense will be fostered and uniformity of decisions ensured.

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 10 of 13

### CAUSE OF ACTION
### Violation of the Illinois Right of Publicity Act 765 ILCS 1075/1, *et seq.*
### (On behalf of Plaintiff and the Class)

39.    Plaintiff incorporates the foregoing allegations as if fully set forth herein.

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 11 of 13

40. The Illinois Right of Publicity Act prohibits using a person's name, photograph, image, or likeness for the purpose of advertising or promoting products, merchandise, goods, or services without written consent. *See* 765 ILCS 1075/1 *et seq.*

41. Defendant sells detailed profile reports about people.

42. In order to promote those reports, BeenVerified used Plaintiff's and Class members' full names in its paid search engine advertisements. As described above, when a person's full name is searched on Google or Bing, BeenVerified automatically displays an advertisement featuring the searched person's full name.

43. BeenVerified's advertisements have a commercial purpose in that the online advertisements promote the BeenVerified website and the reports it sells to the public.

44. Plaintiff and members of the Class never provided BeenVerified with their written consent to use their full names (or any attribute of their identity) in advertisements for BeenVerified. BeenVerified never notified Plaintiff and Class members that their names would be used in commercial advertisements.

45. BeenVerified deprived Plaintiff and Class members of control over whether and how their names can be used for commercial purposes.

46. Based upon BeenVerified's violation of the Illinois Right of Publicity Act, Plaintiff and Class members are entitled to (1) an injunction requiring BeenVerified to cease using Plaintiff's and members of the Class's names and any attributes of their identities to advertise its products and services, (2) the greater of an award of actual damages (including profits derived from the unauthorized use of Plaintiff's and Class's names and identities) or statutory damages of $1,000 per violation to the members of the Class, (3) an award of punitive damages, and (4) an award of costs and reasonable attorneys' fees under 765 ILCS 1075/40–55.

11

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays that the Court enter an Order:

A. Certifying the class as defined above, appointing Nicole Vinci as Class Representative, and appointing her counsel as Class Counsel;

B. Declaring that BeenVerified's actions described herein constitute a violation of the Illinois Right of Publicity Act;

C. Awarding injunctive and other equitable relief as necessary to protect the interest of the Class, including, *inter alia,* prohibiting BeenVerified from engaging in the wrongful and unlawful acts described herein;

D. Awarding the greater of actual damages, including the profits derived from the unauthorized use of same, or statutory damages in the amount of $1,000 per violation of the members of the Class;

E. Awarding punitive damages where applicable;

F. Awarding Plaintiff and the Class their litigation expenses and attorneys' fees;

G. Awarding Plaintiff and the Class pre- and post-judgment interest; and

H. Granting such other and further relief as the Court deems equitable and just.

## JURY DEMAND

Plaintiff requests trial by jury of all matters that can be so tried.

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 12 of 13

12

ELECTRONICALLY FILED
1/23/2017 4:30 PM
2017-CH-00992
PAGE 13 of 13

Respectfully Submitted,

**NICOLE VINCI**, individually and on behalf of all others similarly situated,

Dated: January 23, 2017

By: /s/ Ari J. Scharg
One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 N. LaSalle St., 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Firm ID: 44146

*Attorneys for Plaintiff and the Class*

13