**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: NICOLE VINCI v. BEENVERIFIED, INC.     Case Number: 17-cv-1447
a corporation d/b/a PEOPLELOOKER.

An appearance is hereby filed by the undersigned as attorney for:
Defendant BEENVERIFIED, INC., a Delaware corporation d/b/a PEOPLELOOKER

Attorney name (type or print):     Brendan J. Healey

Firm:     Mandell Menkes LLC

Street address:     1 North Franklin Street, Suite 3600

City/State/Zip:     Chicago, IL 60606

Bar ID Number: 6243091     Telephone Number: (312) 251-1006
(See item 3 in instructions)

Email Address: bhealey@mandellmenkes.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 24, 2017

Attorney signature:     S/ Brendan J. Healey
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015