**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: NICOLE VINICI v. BEENVERIFIED, INC.      Case Number: 17-cv-1447
a corporation d/b/a PEOPLELOOKER.

An appearance is hereby filed by the undersigned as attorney for:
Defendant BEENVERIFIED, INC., a Delaware corporation d/b/a PEOPLELOOKER

Attorney name (type or print):     Cristina M. Salvato

Firm:     Mandell Menkes LLC

Street address:     1 North Franklin Street, Suite 3600

City/State/Zip:     Chicago, IL 60606

Bar ID Number: 6315714      Telephone Number: (312) 251-4638
(See item 3 in instructions)

Email Address: tsalvato@mandellmenkes.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.     ☐ Retained Counsel
   ☐ Appointed Counsel
     If appointed counsel, are you a
     ☐ Federal Defender
     ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 24, 2017

Attorney signature:     S/ Cristina M. Salvato
     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015