UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE VINCI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:17-cv-01447 |
| v. | ) ) | Judge Marvin E. Aspen |
| BEENVERIFIED, INC., a Delaware corporation d/b/a PEOPLELOOKER, | ) ) ) | Magistrate Judge Jeffrey Cole |
| Defendant. | ) ) | |

**AGREED MOTION OF DEFENDANT BEENVERIFIED, INC.
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant BeenVerified, Inc., by its attorneys, respectfully requests that the Court extend the deadline for BeenVerified to answer or otherwise plead. In support of its agreed motion, BeenVerified states as follows:

1. Plaintiff Nicole Vinci filed a one-count complaint against BeenVerified on January 23, 2017, asserting a violation of the Illinois Right of Publicity Act. (Dkt. 1, Ex. 1.)

2. BeenVerified was served on January 27, 2017 and filed a notice of removal on February 24, 2017. (Dkt. 1.) Pursuant to Fed. R. Civ. P 81(c)(2), BeenVerified must answer or otherwise plead by March 3, 2017.

3. This motion is not brought for purposes of unduly delaying the proceedings or to prejudice Plaintiff.

4. On February 27, 2017, counsel for BeenVerified communicated with Plaintiff's counsel and requested a 45-day extension of time to answer or otherwise plead. Plaintiff's counsel agreed to the proposed extension of time.

5. In seeking this extension, BeenVerified does not waive or intend to waive any defense or arguments that it may have. The relief requested herein has not previously been requested.

WHEREFORE, BeenVerified respectfully requests that this Court grant this agreed motion, extend the time for BeenVerified to answer or otherwise plead in response to Plaintiff's complaint to and including April 17, 2017, and grant any other relief the Court deems proper.

| | |
|---|---|
| Dated: March 1, 2017 | Respectfully submitted, |
| | BEENVERIFIED, INC. |
| | By: __/s/ Steven L. Baron_____ |
| | One of its attorneys |

Steven L. Baron (ARDC #6200868)
Brendan J. Healey (ARDC #6243091)
Cristina M. Salvato (ARDC #6315714)
MANDELL MENKES LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
(312) 251-1000

Jon M. Talotta (*Pro Hac Vice* Application to be filed)
Hogan Lovells US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102
(703) 610-6100

*Counsel for Defendant, BeenVerified, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that he caused to be filed an **AGREED MOTION OF DEFENDANT BEENVERIFIED, INC. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** electronically with United States District Court for the Northern District of Illinois, on March 1, 2017, which will cause to be served the same via ECF on:

        Benjamin H. Richman
        EDELSON PC
        350 N. LaSalle Street, 13th Floor
        Chicago, Illinois 60654
        *Counsel for Plaintiff*

                /s/ Steven L. Baron