**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Nicole Vinci

                Plaintiff,

v.                                      Case No.: 1:17–cv–01447
                                                    Honorable Marvin E. Aspen

Beenverified, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 3, 2017:

    MINUTE entry before the Honorable Marvin E. Aspen:Defendant's motion for extension of time to 4/17/2017 to answer or otherwise plead to the complaint [9] is granted. Motion is stricken from the Court's call of 3/16/2017. Status hearing set for 5/18/2017 at 10:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.