# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICOLE VINCI, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No.: 1:17-cv-001447 |
| v. | ) ) Judge Manish S. Shah |
| BEENVERIFIED, INC., a Delaware corporation d/b/a PEOPLELOOKER, | ) ) ) |
| Defendant. | ) |

## BEENVERIFIED, INC.'S NOTICE OF CONSTITUTIONAL QUESTION

## TO THE COURT, TO THE ATTORNEY GENERAL OF THE STATE OF ILLINOIS, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant BeenVerfied, Inc. ("BeenVerified") hereby gives notice that its motion to dismiss filed on April 20, 2017 draws into question the constitutionality of the Illinois Right of Publicity Act, 765 ILCS 1075/1, *et seq.*, as the Plaintiff seeks to have that statute applied in this case.

Specifically, BeenVerified argues that plaintiff's proposed application of IRPA would violate the First Amendment and the dormant Commerce Clause.

Dated: April 20, 2017

Respectfully submitted,

BEENVERIFIED, INC.

By: __/s/ Steven L. Baron__
One of its attorneys

Steven L. Baron (ARDC #6200868)
Brendan J. Healey (ARDC #6243091)
MANDELL MENKES LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606

(312) 251-1000

Jon M. Talotta (*Pro Hac Vice*)
Hogan Lovells US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102
(703) 610-6100

*Counsel for Defendant BeenVerified, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document has been served via CM/ECF on April 20, 2017 on all counsel of record who have consented to electronic service.

      /s/ Steven L. Baron