# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Nicole Vinci,

Plaintiff(s),

v.

Beenverified, Inc.,

Defendant(s).

Case No. 17-cv-01447
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

      which ☐ includes        pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Defendant Beenverified, Inc. and against Plaintiff Nicole Vinci.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion to dismiss.

Date: 5/21/2018                    Thomas G. Bruton, Clerk of Court

                                                    Lesley Fairley, Deputy Clerk